IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEVERLY MILLER | : | CIVIL ACTION |
| | : | NO. 13-02145 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 27th day of June, 2014, upon consideration of plaintiff Beverly Miller's motion to file an amended complaint and the response of defendants the City of Philadelphia, Detective Hopkinson and Police Officers Pawloswki, McCrane, McAndrews, Broderick, Ito and McMahan and consistent with the accompanying memorandum of law, it is ORDERED that the Motion is DENIED.

It is FURTHER ORDERED that defendants shall have until August 15, 2014 to renew their motion for summary judgment and plaintiff's response thereto shall be filed on or before September 15, 2014.

If the parties believe a settlement conference would be productive they should contact my deputy Mr. Charles Ervin (267-299-7559) promptly.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.